**Order entered December 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01147-CV

## IN THE ESTATE OF GENE GARREN FREELAND, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-14-01603-2**

## ORDER

We **GRANT** appellants' December 3, 2015 second unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than January 5, 2016.

/s/    CRAIG STODDART
       JUSTICE